# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0462
Lower Tribunal No. 19-6974 CC
_____

**Green Restoration Dryout, LLC, etc.,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Miesha S. Darrough, Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez, Jesse Peterson and Clement Dean (Davie), for appellant.

Boyd & Jenerette, P.A. and Kansas R. Gooden and Lara J. Edelstein (Boca Raton), for appellee.

Before FERNANDEZ, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.